# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 2:03-cr-17-WTL-CMM-01 |
| | ) | |
| **DAVID GARROW,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i), the Court designed United States Magistrate Judge Craig M. McKee to conduct a hearing regarding the petition of violation of supervised release (dkt. no. 4) and to issue proposed findings of fact and conclusions of law in this cause. *See* dkt. no. 6. Magistrate Judge McKee entered his Report and Recommendation on October 9, 2014, in which he recommended the following:

> [A]doption of these Findings of Fact and Conclusions of Law and the imposition of a sentence of incarceration for a period of 30 days (with credit for time served) and extension of supervised release for a period of one year commencing on the date of release with the following addition term/condition: The defendant is prohibited from possessing or accessing any computer, peripheral device, digital storage media, Internet, or web-capable device. The undersigned further recommends that the United States Probation Office direct the defendant to resume and complete counseling.

Dkt. No. 19 at 5. Having conducted the requisite review, the Court now **ADOPTS** the findings of fact, conclusions of law, and recommendation for disposition under 18 U.S.C. § 3583(e) as set forth in Magistrate Judge McKee's Report (dkt. no. 19):

- The Court imposes on the Defendant a sentence of incarceration for thirty days with credit for time served.

- On the date of his release, his supervised release shall be extended for a period of one year.

- The additional condition of supervised release is imposed: The Defendant is prohibited from possessing or accessing any computer, peripheral device, digital storage media, Internet, or web-capable device.

- Upon release, the Defendant shall resume and complete counseling as directed by the United States Probation Office.

Violation Number 1 in the Petition is **DISMISSED** pursuant to the parties' agreement.

SO ORDERED:

Dated: 10/17/14

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification

**Copy to:**

**David S. Mejia, Counsel for the Defendant**
**david@dmejialaw.com**